UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CR-20055-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIZABETH MAI-LING HOBBS,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Alicia M. Otazo-Reyes on March 1, 2017 [ECF No. 27]. A Report and Recommendation [ECF No. 38] from March 24, 2017, recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. No objections have been filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation **[ECF No. 38]** of U.S. Magistrate Judge Alicia M. Otazo-Reyes is hereby adopted and approved in its entirety. The **Defendant Elizabeth Mai-Ling Hobbs** is adjudged guilty as to the offenses charged in Count 1 of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida, this 7th day of April, 2017.

                                            PAUL C. HUCK
                                            UNITED STATES DISTRICT JUDGE

cc: All counsel of record